1 KENNETH C. ABSALOM, (SBN 114607)
  MICHAEL D. NELSON, (SBN 171359)
2 LAW OFFICES OF NEVIN & ABSALOM
  22 Battery Street, Ste. 333
3 San Francisco, CA 94111
  Phone: (415)392-5040
4 Facsimile:  (415)392-3729
  Ken.Absalom@333law.com
5 Michael.Nelson@333law.com

6 Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 WAREHOUSE UNION LOCAL 6, ILWU, )       NO.  C-07-4182 JL
                                 )
13                     Plaintiff, )       STIPULATION TO CONTINUE
                                 )       CASE MANAGEMENT CONFERNCE
14           v.                   )       AND PROPOSED ORDER
                                 )
15 C&H SUGAR COMPANY, INC.,       )
                                 )
16                     Defendant. )
                                 )
17 ─────────────────────────────)

18      Plaintiff Warehouse Union Local 6, ILWU, and Defendant C&H Sugar Company, Inc., by

19 and through their respective counsel of record, submit the following Stipulation to Continue Case

20 Management Conference, currently set for November 28, 2007.

21      WHEREAS, Plaintiff's attorney, Michael Nelson, Esq. has become unavailable and is in

22 Southern California on Union business that could not be foreseen or avoided; and,

23      WHEREAS, both parties desire to move the presently scheduled Case Management

24 Conference of November 28, 2007 to December 19, 2007 so that both parties will be able to

25 appear.

26      BASED ON THE FOREGOING, IT IS HEREBY STIPULATED BY AND BETWEEN

27 THE PARTIES that the Case Management Conference, currently set for Novmeber 28, 2007, be

28

1  continued to December 19, 2007 at 10:30 a.m.

2  Dated: November 27, 2007                    LAW OFFICES OF NEVIN & ABSALOM

3

4                                              By: _Michael D. Nelson_

5                                              MICHAEL D. NELSON
                                               Attorney for Plaintiff

6

7  Dated: November 27, 2007                    SEYFARTII SHAW

8

9                                              By: _Sharon Rossi_

10                                             SHARON ROSSI
                                               Attorney for Defendant

11

12                  **(PROPOSED) ORDER**

13        Good cause appearing, it is hereby ordered that the Case Management Conference,

14  currently set for November 28, 2007, is continued until December 19, 2007 at 10:30 a.m.

15

16  Dated: _____11-27-07_____

17                                             UNITED STATES DISTRICT COURT
                                               JUDGE

18                                             IT IS SO ORDERED
19                                             Judge James Larson

20

21

22

23

24

25

26

27

28